Charles Joseph **REIMER**, Appellant,

v.

Dr. George J. **BETO**, Director, Texas Department of Corrections, Appellee.

No. 22898.

United States Court of Appeals Fifth Circuit.

June 13, 1966.

Rehearing Denied Aug. 3, 1966.

Certiorari Denied Oct. 10, 1966.

See 87 S.Ct. 189.

John H. Regner, S. John Odom, Houston, Tex., for appellant.

Sam R. Wilson, Asst. Atty. Gen., Houston, Tex., Gilbert J. Pena, Lonny F. Zwiener, Assts. Atty. Gen., Austin, Tex., Waggoner Carr, Atty. Gen. of Texas, Hawthorne Phillips, First Asst. Atty. Gen., T. B. Wright, Executive Asst. Atty.

Gen., Howard M. Fender, Asst. Atty. Gen., Austin, Tex., for appellee.

Before TUTTLE, Chief Judge, RIVES, Circuit Judge, and CHOATE, District Judge.

PER CURIAM.

The Judgment is affirmed.